KEVIN V. RYAN (CASBN 118321)
United States Attorney

*E-filed 9/26/06*

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5081
   joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-70585 HRL |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING/ARRAIGNMENT AND EXCLUDING TIME FROM RULE 5.1 AND THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|    v. ) | |
| WILIAM CLINTON JONES, ) | |
|    Defendant. ) | |

     This matter is scheduled before the Court for a preliminary hearing or arraignment on October 4, 2006 before United States Magistrate Judge Trumbull.  The parties now jointly request that this matter be continued in order for the parties to explore a pre-indictment resolution of this case, and for the defense to have an opportunity to receive and review discovery.  The parties jointly request a continuance until Thursday, October 12, 2006 before Judge Trumbull to allow defense counsel the reasonable time necessary to confer with his client and discuss discovery materials in this case in order to effectively prepare, and also to allow the parties to discuss a potential pre-indictment resolution of the case.

     In light of the above, the parties agree, and the Court finds and holds, as follows:

STIPULATION AND [PROPOSED] ORDER
CR 06-70585 HRL

1.     The preliminary hearing or arraignment in this matter is continued to October 12, 2006 at 9:30 a.m. before Judge Trumbull.

2.     Time should be excluded under Rule 5.1 from October 4, 2006 to October 12, 2006 in order to allow defense counsel time to confer with his client and to review the discovery to be produced in this case. The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

3.     The time between October 4, 2006 and October 12, 2006 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED:   9/26/06                        /s/
                                                 PETER LEEMING
                                                 Attorney for Defendant Jones

DATED:   9/26/06                        /s/
                                                 JOSEPH A. FAZIOLI
                                               Assistant United States Attorney

IT IS SO ORDERED.

DATED:  9/26/06

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

S<small>TIPULATION AND</small> [P<small>ROPOSED</small>] O<small>RDER</small>
CR 06-70535 PVT