E-Filing

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
      150 South Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5595
7     Facsimile: (408) 535-5081
      joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10              RECEIV                    UNITED STATES DISTRICT COURT

11       SEP 2 9 2006      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )     No. CR 06-70585 HRL
                                       )
15        Plaintiff,                   )     STIPULATION AND [PROPOSED]
                                       )     ORDER CONTINUING PRELIMINARY
16  v.                                 )     HEARING/ARRAIGNMENT AND
                                       )     EXCLUDING TIME FROM RULE 5.1
17  WILIAM CLINTON JONES,              )     AND THE SPEEDY TRIAL ACT
                                       )     CALCULATION (18 U.S.C.
18        Defendant.                   )     § 3161(h)(8)(A))
                                       )
19  ─────────────────────────────

20       This matter is scheduled before the Court for a preliminary hearing or arraignment on
    October 12
21  October 4, 2006 before United States Magistrate Judge Trumbull. The parties now jointly

22  request that this matter be continued in order for the parties to explore a pre-indictment

23  resolution of this case, and for the defense to have an opportunity to receive and review

24  discovery. The parties jointly request a continuance until Thursday, October 19, 2006 before the

25  duty magistrate judge to allow defense counsel the reasonable time necessary to confer with his

26  client and discuss discovery materials in this case in order to effectively prepare, and also to

27  allow the parties to discuss a potential pre-indictment resolution of the case.

28       In light of the above, the parties agree, and the Court finds and holds, as follows:

STIPULATION AND [PROPOSED] ORDER
CR 06-70585 HRL

1      1.    The preliminary hearing or arraignment in this matter is continued to October 19,

2    2006 at 9:30 a.m. before the duty magistrate judge.     October 12

3      2.    Time should be excluded under Rule 5.1 from ~~October 4~~, 2006 to October 19,

4    2006 in order to allow defense counsel time to confer with his client and to review the discovery

5    to be produced in this case.  The parties agree that the continuance is proper under Rule 5.1 of the

6    Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.    October 12

7      3.    The time between ~~October 4~~, 2006 and October 19, 2006 is excluded under the

8    Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would

9    unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

10   into account the exercise of due diligence.  Finally, the parties agree that the ends of justice

11   served by granting the requested continuance outweigh the best interest of the public and the

12   defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §

13   3161(h)(8)(A).

14   STIPULATED:

15   DATED:___9/28/06_____        _____/s/_____

                                          PETER LEEMING

16                                       Attorney for Defendant Jones

17

18   DATED:___9/28/06_____        _____/s/_____

                                        JOSEPH A. FAZIOLI

19                                       Assistant United States Attorney

20   IT IS SO ORDERED.

21   DATED:___9/29/06_____

22                                     HOWARD R. LLOYD

                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 06-70585 HRL