PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg  
U.S. Magistrate Judge

RE: William Clinton Jones

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR06-00705

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jaime A. Carranza  
U.S. Pretrial Services Officer

408-535-5226  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

**FILED**  
NOV 3 0 2006  
CLERK U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

A. The defendant shall surrender his passport and shall not apply for any other travel document;

B. The defendant's travel shall be restricted to the Northern District of California and the County of San Luis Obispo;

C. The defendant shall not use alcohol and shall not use or posses any narcotic or other controlled substance without a medical prescription;

D. The defendant shall participate in alcohol/drug counseling and shall submit to alcohol/drug testing as directed by Pretrial Services; and *shall participate in a residential alcohol program and shall not leave such program without prior pretrial services approval.*

E. The defendant shall not drive unless he has a valid driver's license.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____  
JUDICIAL OFFICER

11/30/06  
DATE

Cover Sheet (12/03/02)