# UNITED STATES DISTRICT COURT

FILED

for the

DEC 18 2006

## Northern District of California

RICHARD W. WIEKIT
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF
SAN JOSE

Docket No. CR06-00705 RS

U.S.A. vs Jones, William Clinton

## Petition for Arrest Warrant and Supporting Affidavit

I, Jaime A. Carranza, a U.S. Pretrial Services Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1.  The above-referenced defendant is charged in an Information with a violation of Title 18, United States Code, Section 1028(a)(4) – Fraud and Related Activity in Connection with Identification Documents and Information. Mr. Jones initially appeared on September 14, 2006, charged with the instant offense. He was released on a $25,000 Personal Recognizance bond with the condition he report to Pretrial Services.

2.  On November 30, 2006, a Bail Violation Hearing was held due to the defendant being arrested and charged with Driving Under the Influence in Santa Cruz County. The Court modified the defendant's bond and imposed additional conditions, including: 1) the defendant shall not use alcohol and shall not use or posses any narcotic or other controlled substance without medical prescription; and 2) the defendant shall participate in a residential treatment program and shall not leave such program without the prior approval from Pretrial Services.

3.  On December 11, 2006, Pretrial Services was contacted by the Scotts Valley Police Department in Scotts Valley, California. They informed that officers escorted Mr. Jones from his significant other's residence on December 9, 2006, because he was intoxicated. According to the incident report provided by the Scotts Valley Police, the defendant initially denied drinking alcohol. However, after he voluntarily submitted to a breathalyser test, which resulted in a reading of .168%, the defendant admitted that he had been drinking beer.

4.  Pretrial Services contacted Mr. Jones on December 11, 2006, and he admitted to consuming alcohol on December 9, 2006.

Page Two - Petition for Arrest Warrant and
Supporting Affidavit

Re: Jones, William Clinton
Docket No.: CR06-00705 RS

5.    On December 12, 2006, Mr. Jones was directed by the undersigned to enter Pathway Society, a residential treatment facility in San Jose, California. Pretrial Services was contacted by the defendant's attorney, Peter Leeming, on December 15, 2006, and advised that the defendant left the program the evening of December 14th. This information was corroborated by a representative from Pathways.

6.    The defendant's current whereabouts are unknown.

Based on the foregoing, there is probable cause to believe that William Clinton Jones violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully,

Jaime A. Carranza
Officer in Charge
U.S. Pretrial Services

Place **San Jose, California**
Date **December 15, 2006**

Having considered the information set forth above,

THE COURT ORDERS:

☒    The issuance of a no bail warrant for the defendant's arrest so that s/he may be brought before the Court to show cause why his bail should not be revoked.

❑    Other:

_12/18/06_
Date

**Honorable Richard Seeborg**
**U.S. Magistrate Judge**

NDCA-USA-338-A
(Revised 12/01/04)