PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg  
U.S. Magistrate Judge

RE: William Clinton Jones

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR06-00705

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jaime A. Carranza  
U.S. Pretrial Services Officer

408-535-5226  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

**FILED**  
FEB - 7 2007  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

[X] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A. The defendant shall reside at The Camp, a residential treatment facility, in Scotts Valley, California, and shall not leave the program until the electronic alcohol monitoring device is installed.

B. The defendant shall participate in the outpatient program as prescribed by The Camp.

C. The defendant shall pay the entire cost of the electronic alcohol monitoring program.

D. The defendant shall sign all waiver and disclosure forms allowing Pretrial Services to have communication with representatives from The Camp and the electronic alcohol program regarding his participation and compliance with their respective programs.

E. All other conditions previously imposed by the Court remain in effect (see attached)

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

JUDICIAL OFFICER  
DATE 2/7/07

## WILLIAMS JONES
## CR06-00705

## PREVIOUSLY IMPOSED RELEASE CONDITIONS

1. The defendant shall report to Pretrial Services as directed;

2. The defendant shall surrender his passport and shall not apply for any other travel documents;

3. The defendant's travel shall be restricted to the Northern District of California and the County of San Luis Obispo;

4. The defendant shall not use alcohol and shall not use or posses any narcotic or other controlled substance without a medical prescription;

5. The defendant shall participate in alcohol/drug counseling and shall submit to alcohol/drug testing as directed by Pretrial Services;

6. The defendant shall participate in a residential treatment program and shall not leave such program without prior Pretrial Services approval; and

7. The defendant shall not drive unless he has a valid driver's license.