## PROPOSED ORDER/COVER SHEET

TO: **Honorable Richard Seeborg**
**U.S. Magistrate Judge**

RE: **William Clinton Jones**

FROM: **Claudette M. Silvera, Chief**
**U.S. Pretrial Services Officer**

DOCKET NO.: **CR06-00705**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| **Anthony Granados** | **408-535-5223** |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

RE: **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
_____ _____ on _____ at _____.

Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

X   Modification(s)

**A.  The defendant shall comply with the terms and conditions of LCA's SCRAM program and he shall pay for any costs associated with the program;**

**B.  The defendant shall participate in out patient treatment at "The Camp" located in Scotts Valley, California; and**

**C.  The defendant shall not have access to any alcohol located at his place of residence.**

D.

Bail Revoked/Bench Warrant Issued.

**FILED**

**MAR − 2 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____

_____

**JUDICIAL OFFICER**

**DATE** 3/2/07

Cover Sheet (12/03/02)